UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER JANKOVSKIS and JONATHAN WHITE, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 1:17-CV-07822 |
| v. | Hon. Andrea R. Wood<br>Magistrate Susan E. Cox |
| GENERAL MOTORS LLC, | |
| Defendant. | |

**GENERAL MOTORS LLC'S
UNOPPOSED MOTION TO DEFER ANSWER DEADLINE**

General Motors LLC respectfully moves to defer its deadline to file an answer to plaintiffs' complaint while the Court considers GM's motion to dismiss. In support of this motion, GM states as follows:

1. Plaintiffs filed their Class Action Complaint on October 30, 2017 (ECF No. 1), and served the summons and complaint on GM on November 7, 2017 (ECF No. 8).

2. This Court is a participant in the Mandatory Initial Discovery Pilot Program.

3. Pursuant to Paragraph A.3 of the MIDP Standing Order and Federal Rule of Civil Procedure 12(a)(1)(A)(i), GM's response was due on or before November 28, 2017.

1

4. On November 1, 2017, plaintiffs and others[1] filed with the United States Judicial Panel on Multidistrict Litigation a petition to centralize and transfer this action to the Southern District of Florida. *See In Re: Corvette Z06 Mktg. and Sales Practices Litig.*, MDL No. 2815 (J.P.M.L. Nov. 1, 2017).

5. On November 22, 2017, the parties jointly moved this Court to extend the time for GM to file its responsive pleadings until 21 days after the JPML ruled on Plaintiffs' motion to transfer. ECF No. 9. This Court granted the requested extension on November 27, 2017. ECF No. 11.

6. On February 2, 2018, the JPML denied the petition. ECF No. 14.

7. On February 15, 2018, GM filed an unopposed motion for an extension of its responsive pleadings until and including March 16, 2018. This Court granted the requested extension on February 16, 2018. ECF No. 22.

8. GM intends to file a motion to dismiss plaintiffs' Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) because the Court lacks personal jurisdiction over GM for the claims brought by the out-of-state plaintiff White and the complaint otherwise fails to state a claim upon which relief can be granted.

9. Pursuant to Paragraph A.3 of the MIDP Standing Order, "the Court may defer the time [to answer] for good cause while it considers a motion to dismiss based on… lack of personal jurisdiction."

---

[1] Plaintiffs from three other nearly identical actions also joined the petition. *Vasquez v. General Motors LLC*, No. 1:17-cv-22209 (S.D. Fla.); *Jasper v. General Motors LLC*, No. 5:17-cv-06284 (N.D. Cal.); *Minarik v. General Motors LLC*, No. 2:17-cv-01615 (W.D. Wash.).

10. Because this Court lacks personal jurisdiction over GM for a plaintiff in this case, GM respectfully requests that the Court defer GM's obligation to answer plaintiffs' complaint while the Court considers its motion to dismiss.

11. This motion is not brought for any improper purpose and granting this Motion will not prejudice any party.

12. GM's counsel contacted plaintiffs' counsel on February 27, 2018, and she has no objection to this motion.

WHEREFORE, GM requests that the Court defer GM's deadline to answer the complaint until the Court rules on GM's forthcoming motion to dismiss for lack of personal jurisdiction and for failure to state a claim.

Dated: February 27, 2018

Respectfully Submitted,

By: /s/ *Lisa S. Meyer*
Lisa S. Meyer
Susan M. Razzano
Sarah H. Catalano
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
lmeyer@eimerstahl.com
srazzano@eimerstahl.com
scatalano@eimerstahl.com

Kathleen Taylor Sooy (admitted *pro hac vice*)
April N. Ross (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5611
ksooy@crowell.com
aross@crowell.com

*Attorneys for Defendant General Motors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 27, 2018, this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the docket, including the following:

Elizabeth A. Fegen
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
NBC Tower-Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4960
beth@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

/s/ *Lisa S. Meyer*
Lisa S. Meyer