## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Peter Jankovskis, et al.

                      Plaintiff,

v.                                      Case No.: 1:17–cv–07822
                                      Honorable Andrea R. Wood

General Motors LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Defendant's unopposed motion to defer answer deadline [27] is granted. Defendant';s obligation to answer or otherwise plead to Plaintiffs' complaint and the parties mandatory initial discovery obligations are stayed until further order of Court. The Court sets the following briefing schedule on Defendant's anticipated motion to dismiss: Defendant shall file its motion by 3/16/2018, Plaintiffs shall respond by 4/13/2018, and Defendant shall reply by 4/27/2018. Status hearing set for 4/5/2018 [22] is stricken and reset for 7/3/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.